IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONRAAD L. HOEVER,

    Plaintiff,

vs.                                     Case No. 4:13cv372-WS/CAS

P. BELLELIS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this civil rights action by filing a complaint on June 26, 2013, pursuant to 42 U.S.C. § 1983. Doc. 1. After review, the complaint was deemed sufficient for service purposes and Plaintiff was ordered to submit seven identical service copies of the complaint by August 2, 2013. Doc. 4. When that deadline expired and the service copies had not been received, another Order was entered on August 22, 2013, providing Plaintiff with additional time to comply. Doc. 7. Plaintiff's second deadline, September 19, 2013, has passed and once again, Plaintiff has failed to comply. Plaintiff was specifically advised that a recommendation would be made to dismiss this case if he again failed to comply. Doc. 7. To date, no service copies have been received from the Plaintiff. Therefore, this case should be dismissed.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991). Also, Federal. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989), cert. denied, 493 U.S. 863 (1989), and cases cited; Phipps v. Blakeney, 8 F.3d 788, 790 (11th Cir. 1993). Since Plaintiff has failed to comply with a court order or prosecute this case, this action should now be dismissed.

Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for his failure to respond. Alternatively, Plaintiff may also file a "motion for reconsideration" which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on September 26, 2013.

s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:13cv372-WS/CAS