IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONRAAD L. HOEVER,

    Plaintiff,

v.                                                                   4:13cv372-WS

P. BELLELIS, et al.,

    Defendants.

_____

## ORDER DENYING PLAINTIFF'S
## MOTION FOR A RESTRAINING ORDER

Before the court is the magistrate judge's report and recommendation (doc. 10) docketed October 4, 2013. The magistrate judge recommends that the plaintiff's motion for a preliminary injunction (doc. 12) be denied. The plaintiff has responded (doc. 16) to the report and recommendation, stating that he "agrees with the Court's recommendation to deny the cause."

Upon review of the record, the court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion for a preliminary injunction (doc. 12) is DENIED.

3. The clerk is directed to return the file to the magistrate judge for further proceedings.

DONE AND ORDERED this   23rd   day of    October   , 2013.


                         s/ William Stafford
                         WILLIAM STAFFORD
                         SENIOR UNITED STATES DISTRICT JUDGE