IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONRAAD L. HOEVER,

    Plaintiff,

v.                                    4:13cv372-WS/CAS

P. BELLELIS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed February 24, 2016.  See Doc. 73. The magistrate judge recommends that Defendant Kriss's motion for summary judgment be granted. Having reviewed the record, including the plaintiff's objections to the report and recommendation, the court finds that the magistrate judge's report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. Defendant Kriss's motion for summary judgment (doc. 68) is GRANTED.

    2. The clerk shall enter judgment stating: "All claims against all defendants

are DISMISSED WITH PREJUDICE."

DONE AND ORDERED this      29th      day of     March     , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE